**UNITED STATES of America,
Appellee,**

v.

**Alan Ray RICK, also known as David
Allen Feakes, also known as
George Braun, Appellant.**

No. 02–2460.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 18, 2003.

Decided Sept. 2, 2003.

Michael E. Ridgway, Danelle Daugherty, U.S. Attorney's Office, Sioux Falls, SD, for Plaintiff-Appellee.

Alan Ray Rick, Moorhead, MN, Timothy Joseph Langley, Federal Public Defender's Office, Sioux Falls, SD, for Defendant-Appellant.

Before RILEY, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Alan Ray Rick appeals from the district court's * imposition of sentence following the revocation of his supervised release. Having reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion in imposing community confinement as a condition of Rick's supervised release under the catch-all provision of 18 U.S.C. § 3583(d) (court may order, within certain parameters,

---

* The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the

"any other condition it considers to be appropriate"). *See United States v. Kent,* 209 F.3d 1073, 1075 (8th Cir.2000) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

District of South Dakota.